

FILED
MAY 31 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEN CARLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TEAMSTERS UNION LOCAL 190,<br><br>    Defendant. | CV-17-43-BLG-SPW-TJC<br><br>ORDER |

  It has been brought to the Court's attention that the Parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in the above-captioned matter was received by the Clerk's Office on May 26, 2017. Therefore,

  IT IS HEREBY ORDERED that the Court's non-consent Order (Doc. 11) dated May 23, 2017 is hereby **WITHDRAWN**, as the parties in this case voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case.

1

The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 31st day of May, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge