IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEN CARLSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEAMSTERS UNION LOCAL 190,<br><br>　　　　　Defendant. | CV 17-43-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' joint Stipulation and Motion to Dismiss with Prejudice. (Doc. 29.) Good cause appearing,

IT IS ORDERED that plaintiff Ken Carlson's cause of action against defendant Teamsters Union Local 190, CV 17-43-BLG-TJC, is hereby DIMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

The Clerk of Court shall vacate all remaining deadlines and take any steps necessary to close the case.

DATED this 6th day of July, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge